**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**DIV005 LLC,**<br><br>            **Debtor.** | **CHAPTER 11**<br><br>**CASE NO.  22-21202-jrs** |

### NOTICE OF THIRD & FINAL APPLICATION FOR CHAPTER 11 COMPENSATION OF THE ATTORNEYS REPRESENTING THE DEBTOR, DEADLINE TO OBJECT, AND FOR HEARING

Jones & Walden LLC (the "Law Firm") has filed its ***Third & Final Application for Chapter 11 Compensation of the Attorneys Representing the Debtor*** (the "Application"). Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider the Application without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at the Clerk's Office, U.S. Bankruptcy Court, Room 120, 121 Spring Street, SE, Gainesville, Georgia 30501, and serve a copy on the applicant's attorney, Leon S. Jones, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, GA 30308, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

Pursuant to such Application, the Court is requested to allow and award compensation to the Law Firm, as follows:

(1)  $98,967.50 representing fees;
(2)  $5,351.57 representing actual out-of-pocket expenses incurred on behalf of Debtor; and
(3)  That the Debtor be authorized to pay the Law Firm the $104,319.07 requested award on a final basis and that any previous award be made final.

A hearing on the pleading has been scheduled for the **17th day of August 2023.** The Court will hold a hearing on the Application **at 10:30 a.m. on August 17, 2023, in Courtroom 103, U.S. Courthouse, 121 Spring Street, SE, Gainesville, Georgia 30501**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

This 12th day of July, 2023.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, NE
Atlanta, GA 30308
404-564-9300
ljones@joneswalden.com
*Attorney for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **DIV005 LLC,** | **CASE NO.  22-21202-jrs** |
| **Debtor.** | |

**THIRD & FINAL APPLICATION FOR CHAPTER 11 COMPENSATION OF**
**THE ATTORNEYS REPRESENTING THE DEBTOR**

TO:   THE HONORABLE JAMES R. SACCA
JUDGE, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

COMES NOW Jones & Walden LLC ("Law Firm"), the attorneys for the Debtor, and files this, its

*Third & Final Application for Chapter 11 Compensation of the Attorneys Representing the Debtor*

("Application"), and in support thereof respectfully shows as follows:

1.   The Law Firm shows that it has represented Div005 LLC ("Debtor") in this case since November 2022.

2.   The Law Firm makes its Application for the allowance of compensation for professional services rendered to the Debtor for the period of time from February 17, 2023 through July 12, 2023 ("Application Period"), pursuant to 11 U.S.C. §§ 330 and 331. All services for which compensation is requested were performed on behalf of the Debtor and not on behalf of any other party, creditor, persons or party in interest.

3.   The Law Firm has had numerous conferences with the Debtor, creditors of the Debtor, and with attorneys for various creditors herein with reference to this case, and has filed numerous pleadings and attended numerous hearings and has performed many other services necessary and proper to the administration of this estate.

4.   The time expended by the Law Firm and the work performed by the Law Firm, for the period for which this Application is made, is duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated herein by this reference.

5.  The out-of-pocket expenses incurred by the Law Firm during the period for which this Application is made are duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated by this reference.  The copy costs reflected on Exhibit "A" are charged at the rate of $0.10 per page.

6.  The Law Firm has heretofore applied for interim compensation. The Law Firm was previously granted fees in the amount of $40,957.50 and out-of-pocket expenses in the amount of $426.90 by Order dated February 3, 2023 (Doc. No. 101) (the "First Fee Order") and fees in the amount $35,617.00 and out-of-pocket expenses in the amount of $334.76 by Order dated March 16, 2023 (Doc. No. 194) (the "Second Fee Order") for services rendered in connection with this case.

7.  No agreement or understanding exists between the Law Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

8.  The Law Firm shows that it has expended a total of 278.30 hours in law firm time for the Application Period, in the total amount of $98,967.50. The Law Firm shows that it has incurred a total of $5,351.57 in out-of-pocket expenses and advances in the course of such representation and has thereby earned a total of $104,319.07 pursuant to the above-referenced and heretofore disclosed compensation agreement. The Law Firm respectfully requests this Court to allow such sums as Chapter 11 compensation on a final basis. The Law Firm requests that the Court award the Law Firm said amount and authorize the Debtor to pay the Law Firm $104,319.07, which amount represents the requested fees and expenses. The Law Firm requests that the Court award $104,319.07.

9.  The Law Firm seeks permission for the Chapter 11 Debtor to pay the amounts requested pursuant to this Application from the Debtor's funds.

10. The Law Firm respectfully makes the following representations with regard to the 12-factor Johnson test:

    (a)    <u>Time and Labor Required</u>:    The Law Firm has expended a total of 278.30 law firm hours through July 12, 2023, at the following rates:

| Attorney(s) | Hourly Rate |
| --- | --- |
| Leon S. Jones | $425.00 |
| Cameron M. McCord | $395.00 |
| Abby Arnold (Law Clerk) | $175.00 |

| | |
|---|---|
| Tessa Vuncannon (Paralegal) | $200.00 |
| Leslie M. Pineyro | $395.00 |
| Megan Cypher (Paralegal) | $200.00 |
| Thomas T. McClendon | $325.00 |
| Ellen Wooden (Paralegal) | $200.00 |
| Daniela Manzo (Paralegal) | $200.00 |
| Blake Dernus (Paralegal) | $150.00 |
| William D. Matthews | $375.00 |
| Kaylor Sexton (Law Clerk) | $175.00 |

(b)     <u>Novelty and Difficulty of Questions Presented</u>: The Chapter 11 reorganization case involves the effort to reorganize a business debtor. The Law Firm shows that the novelty and difficulty of questions presented are those normally associated with a Chapter 11 bankruptcy case.

(c)     <u>Skill Requisite to Perform Legal Services Properly</u>: The Law Firm respectfully represents that it has the skill requisite to perform legal services heretofore rendered in a proper fashion.

(d)     <u>The Preclusion of Other Employment Due to Acceptance of the Case</u>: The Law Firm respectfully requests that the time expended by the Law Firm in connection with this case could have been devoted to matters being handled for other clients, but for the time demands placed upon the Law Firm by the Law Firm's involvement in this case.

(e)     <u>Customary Fee for the Type of Services Rendered</u>: The Law Firm shows that all fees requested by the Law Firm were generated by applying the Law Firm's normal hourly billing rate to the number of hours actually expended. Such itemization is detailed on Exhibit A. The Law Firm respectfully represents that the customary compensation for the attorney services in connection with a bankruptcy case is upon an hourly billing basis.

(f)     <u>Whether Fee is Fixed or Contingent</u>: The Law Firm's charges are subject to being awarded by this Court under 11 U.S.C. § 330. The Fee is thus not truly fixed or contingent but has some characteristics of both.

(g)     <u>Time Limitations Imposed by Client or Other Circumstances</u>: The Law Firm shows that many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

(h)     <u>Amount Involved and Results Obtained</u>: The Law Firm has handled a large number of routine and complex Chapter 11 issues on behalf of the Debtor. The Law Firm has handled matters regarding the Debtor's unsecured and secured creditors. The Law Firm has represented the Debtor throughout this bankruptcy case.

(i)     <u>Experience, Reputation, and Ability of Attorneys</u>: The Law Firm respectfully represents that it has had a significant amount of experience within the areas involved in this representation.

(j)     <u>Undesirability of the Case</u>: The Law Firm respectfully represents that this factor is not normally applicable to a Chapter 11 case.

(k)     <u>Nature and Length of Professional Relationship with the Client</u>: The Law Firm shows that it has represented the Debtor in this case since August 2022.

(l)     <u>Awards in Similar Cases</u>: The Law Firm respectfully represents that its Application is in keeping with similar applications for Chapter 11 compensation filed by attorneys representing Debtors in bankruptcy cases within this district.

WHEREFORE, the Law Firm prays that it be allowed Chapter 11 compensation as follows:

(1)    $98,967.50 representing fees;

(2)    $5,351.57 representing actual out-of-pocket expenses incurred on behalf of Debtor; and

(3)    That the Debtor be authorized to pay the Law Firm the $104,319.07 requested award on a final basis and that any previous award be made final.

RESPECTFULLY SUBMITTED this 12th day of July, 2023.

**JONES & WALDEN LLC**
*/s/ Leon S. Jones*
Leon S. Jones
Attorney for Debtor
Georgia Bar No. 003980
699 Piedmont Avenue, NE, Atlanta, GA 30308
404-564-9300 || ljones@joneswalden.com

**EXHIBIT "A" FOLLOWS**

# JONES & WALDEN, LLC

### Attorneys At Law

699 Piedmont Avenue, NE * Atlanta, GA 30308
404-564-9300 • www.joneswalden.com

---

Attn:   Harold Lerner

DIV005 LLC
160 Clairemont Avenue
Suite 200
Decatur, GA   30030

Page:  1

July 12, 2023
Account No:  3366.000
Invoice No:      65546

Re: Chapter 11 (CM)

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 02/17/2023 | CMM | Call with client (1.6) prepare discovery (1.2) mult telephone conference with client (.3) | 395.00 | 3.10 | 1,224.50 |
| | DM | Prepare 2nd interim fee application (.9); file and serve (.5) | 200.00 | 1.40 | 280.00 |
| | TJV | Revise/prepare fee app | 200.00 | 0.30 | 60.00 |
| | LSJ | Review and calendar filed fee application | 450.00 | 0.10 | 45.00 |
| 02/20/2023 | MSC | Prepare mailout of notice of hearing on fee app | 200.00 | 0.50 | 100.00 |
| | CMM | Prepare discovery responses for Committee including meeting with client re same (6.2) | 395.00 | 6.20 | 2,449.00 |
| | TTM | conf CM re: response to creditor committee requests (.6); review TH emails, research subrogation point and section 509 claims (1.0) conf CM re: findings, pull Truist loan documents to confirm (.9); meeting with clients re: responding to committee (3.0). | 325.00 | 5.50 | 1,787.50 |
| 02/21/2023 | CMM | Prepare stipulated protective order and 2004 order and email re same (.9) prepare discovery responses (1.8) | 395.00 | 2.70 | 1,066.50 |
| | TTM | review responses to Todd Henning's questions including conf CM re: same (.3). | 325.00 | 0.30 | 97.50 |
| 02/22/2023 | CMM | Prepare for and attend status conference; review 509 email to UCC (1.9) | 395.00 | 1.90 | 750.50 |
| | TTM | attend status conference; conf CM (.9); t/c Todd Hennings re: 509 and liquidating trust (.4); draft response on 509 subrogation; conf LSJ re: same (1.1); | 325.00 | 2.40 | 780.00 |
| | LSJ | Conference with TM re subrogation rights and analysis | 450.00 | 0.20 | 90.00 |
| 02/23/2023 | CMM | telephone conference with client (.2) email client (.1) review Kaplan email (.3) review client documents (1.2) prepare plan strategy (1) | 395.00 | 2.80 | 1,106.00 |
| | DM | prepare fee app for special counsel Merbaum & Becker, P.C. | 200.00 | 1.60 | 320.00 |
| | DM | Prepare Order Approving Employment of Special Counsel | 200.00 | 0.20 | 40.00 |
| 02/24/2023 | DM | Prepare fee app for special counsel | 200.00 | 0.20 | 40.00 |
| | DM | upload order granting employment of special counsel | 200.00 | 0.10 | 20.00 |
| | CMM | analyze 547 and 548 claims (1.8) telephone conference with client (.3) | 395.00 | 2.10 | 829.50 |
| | TTM | conf CM re: need to analyze options (joint plan, substantive | | | |

DIV005 LLC

Re: Chapter 11 (CM)

07/12/2023

Account No:     3366.000

Invoice No:      65546

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | consolidation, secured status, liquidating trust); outline same; conf CM re: results; prepare outline for creditor committee (4.4); revise outline; emails with client re: clarifications (.8). | 325.00 | 5.20 | 1,690.00 |
| 02/27/2023 | CMM | telephone conference with Brian Kaplan (.3) r/r confirmation order (.2) review order approving Andrew Becker (.1) | 395.00 | 0.60 | 237.00 |
| | CMM | Prepare disclosure statement | 395.00 | 1.60 | 632.00 |
| | TTM | conf CM re: status (.4); review protective order; t/c TH re: protective order; email same redline (1.7). | 325.00 | 2.10 | 682.50 |
| 02/28/2023 | CMM | telephone conference with client (.4); telephone conference with Andrew Becker re committee (.5) | 395.00 | 0.90 | 355.50 |
| | TTM | call with client re: intercompany data & response to committee (.8); email TH re: protective order (.3); reviewing intercompany transfers, putting into preference & fraudulent transfer form (2.1); t/c client re: protective order language (.4); conf CM; t/c Brian Kaplan re: Vescom production (.3); conf CM re: Kaplan response (.1); review newly-filed POCs including update distribution list (1.1). | 325.00 | 5.10 | 1,657.50 |
| 03/01/2023 | CMM | Conf with client re pending matters (2.7) mult telephone conference with client (.3) conf TM re protective order and conf with Todd Hennings (.2)  email to Kaplan (.1) trademark research (.8) | 395.00 | 4.10 | 1,619.50 |
| | DM | prepare supplemental certificate of service for ballot pack; file and serve | 200.00 | 0.40 | 80.00 |
| | TTM | conf CM, conf clients re: document production; responses to Committee (3.0); email TH re: protective order (.4); conf CM re: production (.1). | 325.00 | 3.50 | 1,137.50 |
| 03/02/2023 | CMM | Prepare Becker fee app (.4) telephone conference with Andrew Becker re Endurance; review Endurance Proof of Claim (.7) | 395.00 | 1.10 | 434.50 |
| | DM | edits on Special Counsel fee app (Andrew Becker); file and serve | 200.00 | 1.50 | 300.00 |
| | TTM | email TH - follow up on protective order (.1); review Committee requests for what don't have; email CM outstanding items list (.8); | 325.00 | 0.90 | 292.50 |
| | TJV | Finalize and upload stipulated protective order | 200.00 | 0.10 | 20.00 |
| 03/03/2023 | CMM | Address committee issues (3) | 395.00 | 3.00 | 1,185.00 |
| | TTM | review CM's redline re: Div005's production (.1); conf CM (.2); emails with Todd Hennings; call with same; confs CM, TV re: production (1.0); final review of production (.4); send to Todd Hennings (.2). | 325.00 | 1.90 | 617.50 |
| | TJV | Review and mark discovery confidential production | 200.00 | 0.50 | 100.00 |
| 03/04/2023 | CMM | Email exchange re Vescom (.1) | 395.00 | 0.10 | 39.50 |
| 03/06/2023 | TTM | emails to client; Brian Kaplan (.3); t/c client(.3); prep for and attend status conference (.8); t/c client email TH re: retainers (.3). | 325.00 | 1.70 | 552.50 |
| | CMM | Email exchange re status of document production (.3) attend status conference (.5) | 395.00 | 0.80 | 316.00 |

Page:   3

DIV005 LLC

07/12/2023

Re: Chapter 11 (CM)

Account No:     3366.000

Invoice No:       65546

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 03/08/2023 | TTM | drafting order extending deadlines; t/c client re: documents to committee; follow up emails on production (1.9); review ballots; create spreadsheet of classes for ballot report; email Tracy Gass re: ballot without checking accept or reject (1.2); t/c Brian Roy re: extension for surety, email same (.1); email client re: conversation with Kaplan (.2). | 325.00 | 3.40 | 1,105.00 |
| 03/09/2023 | TTM | t/c Div5 clients (.3); call client (.5); t/c from client (.2); t/c from Steven Gersten (Procore) re: client's assumption or rejection; not owed $13k as scheduled (.2); t/c TH; email client re: document production (.3); t/c client to go over list (.6); calls with client (.5). | 325.00 | 2.60 | 845.00 |
| 03/10/2023 | LMP | TM dispute conference with TM (.2) research re same (.1) | 395.00 | 0.30 | 118.50 |
| | TTM | conference call with client re: production; follow up with multiple employees (1.3); t/c client; review documents from client (1.0); review documents for confidential/redactions; send link to client(.2). | 325.00 | 2.50 | 812.50 |
| | DM | Redact tax returns | 200.00 | 1.50 | 300.00 |
| 03/13/2023 | CMM | r/r payoff letter; conf Becker re same (.5) conf with TM re status of case (.3) email exchange with Truist (.2) telephone conference with client (.5) | 395.00 | 1.50 | 592.50 |
| | CMM | r/r of objection to confirmation of plan (.2) | 395.00 | 0.20 | 79.00 |
| | DM | Redact state taxes | 200.00 | 0.20 | 40.00 |
| | TTM | conf CM re: status (.2); check link; email Brian Kaplan re: documents (.2); call with client (.5); t/c Harold; conf DM; CM re: document production (.5); vm; t/c Seth; conf CM; send production to TH (.6). | 325.00 | 2.00 | 650.00 |
| 03/14/2023 | CMM | Review subrogation issue (.4) telephone conference with client re Drake inventory; email exchange with Drake re same (.2) review Vescom docs; prepare for deposition; telephone conference with client re same (1.0) email exchange re MOR (.2) prepare MORS (.6) | 395.00 | 2.40 | 948.00 |
| | TTM | conf CM re: subrogation (.1). | 325.00 | 0.10 | 32.50 |
| | BD | edit and file Fee App Order | 150.00 | 0.30 | 45.00 |
| | LSJ | Prepare fee order | 450.00 | 0.20 | 90.00 |
| 03/15/2023 | EYW | Revise and prepare MORs (Nov - February) | 200.00 | 1.60 | 320.00 |
| | CMM | Prepare for and attend Vescom depo including conf with client re same | 395.00 | 6.30 | 2,488.50 |
| | TTM | call from Endurance attorney (.1); research new value exception (.9). | 325.00 | 1.00 | 325.00 |
| 03/16/2023 | CMM | review client documents; attend status conference (2.8) | 395.00 | 2.80 | 1,106.00 |
| | TTM | vm TH re: production; conf CM re: subrogation assignment, redline same (.8); attend status conference (.8); t/c TH; email all re: status, follow up call after TH gets with committee (.4); t/c from client re: status conference (.4). | 325.00 | 2.40 | 780.00 |
| 03/17/2023 | CMM | conf with TM re status (.2) | 395.00 | 0.20 | 79.00 |
| | TTM | email TH re: meeting (.1); conf CM re: discussion points on | | | |

DIV005 LLC

Re: Chapter 11 (CM)

Account No:     3366.000

Invoice No:      65546

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Monday's meeting (.2). | 325.00 | 0.30 | 97.50 |
| | DM | prepare binder with all Proof of Claim and Motion to pay administrative claims | 200.00 | 0.70 | 140.00 |
| 03/18/2023 | LSJ | Receipt and review of entered J&W fee order, review docket re status of pending matters | 450.00 | 0.10 | 45.00 |
| 03/20/2023 | CMM | Meeting with client (3.0) telephone conference with Andrew Becker (.1) email exchange with client (.1) | 395.00 | 3.20 | 1,264.00 |
| | EYW | Review status of MORs and financials | 200.00 | 0.10 | 20.00 |
| | TTM | meeting with client re: plan and discovery (2.9); email committee re: liquidation analysis (.2); email client re: intercos, saving documents for production to committee (.3). | 325.00 | 3.40 | 1,105.00 |
| 03/21/2023 | TTM | review discovery; draft email to TH re: remaining questions (.5); draft objection to National Search Group (priority issue) (.5); conf CM (.1); conf client; claim review (.7); t/c TH; conf CM; continue claims review (.8); conf CM; t/c Bryan Roy (Endurance) (.5); finish claim review (1.3); email TH (.1). | 325.00 | 4.50 | 1,462.50 |
| | CMM | email to Vescom (.2) prepare claims analysis; email with GCs (1.4) r/r email from UCC (.1) conf TM re committee issues (.2) Mult conference with client (1.2) | 395.00 | 3.10 | 1,224.50 |
| | DM | Prepare docs to produce - mark as confidential | 200.00 | 0.10 | 20.00 |
| 03/23/2023 | CMM | telephone conference with client (.2) review and finalize MORs (.3) telephone conference with Wells Fargo (.2) Legal Research re substantial contribution (2.2) | 395.00 | 2.90 | 1,145.50 |
| 03/24/2023 | CMM | Prepare correspondence to committee re financials and liquidating trust; conf TM re same (1.8) r/r Vescom counteroffer (.2) mult telephone conference with Andrew Becker (.4) | 395.00 | 2.40 | 948.00 |
| | TTM | conf TH re: potential settlement (1.0); t/c CM re: same (.3). | 325.00 | 1.30 | 422.50 |
| | TJV | Prepare service of order extending confirmation and plan deadlines & file certificate of service re same | 200.00 | 0.30 | 60.00 |
| 03/27/2023 | CMM | telephone conference with client (.2) telephone conference with insurance agent; email to client re same (.2) telephone conference re Admin claims; email exchange re same (.5) call with client (1.0) | 395.00 | 1.90 | 750.50 |
| 03/28/2023 | EYW | Review status of operating reports | 200.00 | 0.10 | 20.00 |
| | EYW | Finalize and file operating report (Dec, Jan, Feb) | 200.00 | 0.30 | 60.00 |
| | CMM | review admin claims; email exchange and telephone conference with with client re same (.6) telephone conference with Liberty Mutual (.2) Finalize MORS; email exchange with UST re same (.3) | 395.00 | 1.10 | 434.50 |
| 03/29/2023 | CMM | email exchange re infra-metals (.3) email exchange re OEG (.3) mult telephone conference with client (.7) telephone conference with Todd Hennings; email to Todd Hennings re settlement (.6) email exchange re insurance issues (.3) | 395.00 | 2.20 | 869.00 |
| | TTM | t/c Todd Hennings; email court re: status conference (.4); t/c TH, CMM re: TH requests, follow up on same (.9); conf CMM (.2). | 325.00 | 1.50 | 487.50 |

Page:   5

DIV005 LLC

07/12/2023

Re: Chapter 11 (CM)

Account No:    3366.000

Invoice No:      65546

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 03/30/2023 | DM CMM | Prepare order granting special counsel Andrew Becker, upload attend admin claim hearings; email exchange with Clayton Smith re same (.4) | 200.00 395.00 | 0.40 0.40 | 80.00 158.00 |
| | CMM | Prepare Becker fee order (.1) email exchange re Milbank (.1) | 395.00 | 0.20 | 79.00 |
| 04/03/2023 | CMM | telephone conference with client (.3) telephone conference with Vescom (.2) | 395.00 | 0.50 | 197.50 |
| | TTM | t/c TH (.6); review outstanding issues for confirmation; start response to Schmid objection (1.1). | 325.00 | 1.70 | 552.50 |
| 04/04/2023 | CMM | telephone conference with client (.2) meeting with client (.5) conf TM re committee issues (.5) conf with client re TM (2.6) | 395.00 | 3.80 | 1,501.00 |
| | EYW | Communication with client re status and March MOR materials | 200.00 | 0.10 | 20.00 |
| | TTM | conf CM re: call with TH (.3); follow up conf CM; email TH (.3); revise schedules (1.8); conf TV re: notice of assignment of claim procedure, lengthy conversation with Harold re: call with TH, potential settlement (.8); follow up conf TV re: notice of assignment of claim (.1); email TH (.1). | 325.00 | 2.40 | 780.00 |
| | TJV | Prepare & finalize transfer of claim form (.2); prepare amendment to schedules (.1) | 200.00 | 0.30 | 60.00 |
| | AMA | Researched elements for federal trade dress infringement claim. | 175.00 | 1.20 | 210.00 |
| 04/05/2023 | TJV | Finalize and file transfer of Truist claim form (.1); revise/finalize amendment to schedules (.2) | 200.00 | 0.30 | 60.00 |
| | CMM | telephone conference with Harold (.4) telephone conference with Andrew Becker (.2) conf with TM re security interest in actions (.6) telephone conference with client (.2) telephone conference with James Bailey (.2) | 395.00 | 1.60 | 632.00 |
| | TTM | t/c Darrell Laddin re scope (.2); email TH (.1); conf CM re: Liquidating Trust scope (.4); review Truist UCC, security agreement re: liquidating trust scope (.2); conf TV re: schedules (.1). | 325.00 | 1.00 | 325.00 |
| 04/06/2023 | CMM | conf TM re committee (.3) | 395.00 | 0.30 | 118.50 |
| | TJV | Compile and batestamp document production to committee (.2); finalize and file amendment to schedules (.1) | 200.00 | 0.30 | 60.00 |
| | TTM | t/c committee re: discovery, offer (.5); t/c Darell Laddin (.2); conf CM re: conversation with TH (.2); calls with CS; email Ozk statements (.2) | 325.00 | 1.10 | 357.50 |
| 04/07/2023 | TJV | Finalize and upload order extending confirmation and deadlines | 200.00 | 0.10 | 20.00 |
| | TTM | emails re: reset confirmation (.2). | 325.00 | 0.20 | 65.00 |
| | CMM | email exchange with court and committee re extension; draft order on same (.5) | 395.00 | 0.50 | 197.50 |
| 04/10/2023 | CMM | telephone conference with client re status (.2) conf TM re committee (.2) email exchange re Vescom (.1) email exchange with Truist (.2) email exchange with creditors and committee (.4) email exchange with Truist (.2) | 395.00 | 1.30 | 513.50 |
| 04/11/2023 | CMM | telephone conference with TM attorneys | 395.00 | 1.50 | 592.50 |
| | TJV | Prepare service of order extending confirmation and deadlines | | | |

Page:   6

DIV005 LLC

07/12/2023

Re: Chapter 11 (CM)

Account No:    3366.000

Invoice No:      65546

| Date | Initials | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| | | and file certificate of service re same | 200.00 | 0.80 | 160.00 |
| | TTM | review TH email; prior email on subrogation, conf CM re: same (.3). | 325.00 | 0.30 | 97.50 |
| 04/12/2023 | DM | Prepare coa for Div005; file | 200.00 | 0.20 | 40.00 |
| 04/13/2023 | EYW | Communication with client re status of MORs | 200.00 | 0.10 | 20.00 |
| | CMM | telephone conference with client (.2) conf with TM re 509 (.1) email exchange with committee (.2) | 395.00 | 0.50 | 197.50 |
| | WDM | Review documents to prepare and attend telephone hearing to request reset of motion filed by creditor (0.6); conference with CMM to provide update and regarding reset date requested for same date as confirmation hearing (0.2) | 375.00 | 0.80 | 300.00 |
| 04/17/2023 | CMM | Prepare for and attend status conference (1.0); telephone conference with client (.2) email exchange with committee (.3) | 395.00 | 1.50 | 592.50 |
| 04/19/2023 | CMM | Conf with client re status of committee inquiries (1.2) prepare for committee meeting; email exchange with committee; telephone conference with UST (1.3) | 395.00 | 2.50 | 987.50 |
| | LSJ | Prepare / Review disbursement to committee counsel (post-petition retainer) | 450.00 | 0.10 | 45.00 |
| 04/20/2023 | CMM | Attend meeting with committee and UST | 395.00 | 3.50 | 1,382.50 |
| 04/21/2023 | CMM | Conf call with client re plan and committee | 395.00 | 1.50 | 592.50 |
| 04/24/2023 | CMM | Attend equipment inspection (4.5) email exchange re forensic accountant (.2) telephone conference with client (.2) email exchange re James Bailey (.1) | 395.00 | 5.00 | 1,975.00 |
| | TTM | conf BM re: research in response to Raburn; email CM re: same (.1). | 325.00 | 0.10 | 32.50 |
| | WDM | Conference with TTM regarding research assignment and review message from J. Bailey regarding proposed language on recoupment and setoff (0.3); research regarding recoupment, setoff and discharge and provide analysis to CMM and TTM regarding same (1.3) | 375.00 | 1.60 | 600.00 |
| 04/25/2023 | CMM | meeting with Vescom; conf with client re same (3.3) prepare motion for DIP Financing (1.8) prepare order resetting confirmation (.3) conf TM re plan confirmation (.3) | 395.00 | 5.70 | 2,251.50 |
| | EYW | Prepare monthly operating report and communication with client re same | 200.00 | 0.60 | 120.00 |
| | TTM | conf CM re: strategy (.1); continued conf CMM re: strategy (.4). | 325.00 | 0.50 | 162.50 |
| | MSC | Finalize and file order | 200.00 | 0.10 | 20.00 |
| 04/26/2023 | CMM | conf with Bennett Thrasher (.7) email exchange re insurance (.2) email exchange re Vescom (.2) Mult telephone conference with and emails with client re status (.6) | 395.00 | 1.70 | 671.50 |
| | WDM | Conference with CMM regarding background and DIP loan and review Bankruptcy Rule 4001 for requirements | 375.00 | 0.90 | 337.50 |
| | LSJ | Conference with CM re committee demands and strategy | 450.00 | 0.20 | 90.00 |

Page: 7

DIV005 LLC

07/12/2023

Re: Chapter 11 (CM)

Account No:    3366.000

Invoice No:      65546

| Date | | Description | Rate | Hours | |
|------|---|---|---|---|---|
| 04/27/2023 | CMM | Mult telephone conference with client; review accounting (1.8) Email exchange re equipment and motion to sell (.3) | 395.00 | 2.10 | 829.50 |
| 04/28/2023 | MSC | Prepare mailing matrix and serve order | 200.00 | 1.20 | 240.00 |
| 05/01/2023 | KS | Prepare service and certificate re same | 175.00 | 0.50 | 87.50 |
| | CMM | Review accounting (.4) telephone conference with client (.3) prepare amended plan (.7) | 395.00 | 1.40 | 553.00 |
| | EYW | Communication re status of MORs | 200.00 | 0.10 | 20.00 |
| | CMM | Prepare amended plan; email to WPP re same (.8) finalize DIP Motion (1.0) email exchange with committee (.3) prepare motion to approve settlement; finalize settlement agreement (1.6) | 395.00 | 3.70 | 1,461.50 |
| | MSC | Finalize service of DIP Motion | 200.00 | 0.30 | 60.00 |
| 05/02/2023 | CMM | prepare motion to sell (1.2) telephone conference with client (.4) telephone conference with client and counsel re motion to sell (1.0) | 395.00 | 2.60 | 1,027.00 |
| | MSC | Prepare and file Certificate of service of served order | 200.00 | 0.30 | 60.00 |
| 05/03/2023 | CMM | telephone conference with client (.2) email exchange re Truist bank accounts (.2) finalize sale motion and DIP Loan Motion; prepare emergency motions on same; telephone conference with client re same (2.4) telephone conference with BT and Todd Hennings (.3); telephone conference with accountant (.3) email exchange with Committee and UST re status of case (.6) | 395.00 | 4.00 | 1,580.00 |
| | EYW | Communication with client re status of MORs | 200.00 | 0.10 | 20.00 |
| | TTM | review TH email; email CM re trust agreement (.2). | 325.00 | 0.20 | 65.00 |
| | TJV | Revise motion to sell, DIP financing motion, motion for expedited hearing, and order for expedited hearing (.3); finalize and file motions and upload order (.2) | 200.00 | 0.50 | 100.00 |
| 05/04/2023 | CMM | Prepare strategy re plan and disclosure statement (3.8) review Endurance objection (.6) prepare amended disclosure statement (1.2) | 395.00 | 5.60 | 2,212.00 |
| | TTM | conf CM (.1); review TH emails re: settlement, conf CM, client re: plan outcome (1.3). | 325.00 | 1.40 | 455.00 |
| 05/05/2023 | CMM | Mult conf with Endurance Assurance (.4); revise disclosure statement regarding Endurance objection (.8) telephone conference with Andrew Becker (.5) | 395.00 | 1.70 | 671.50 |
| 05/08/2023 | CMM | conf with client (1.3) conf with committee and UST (.8) conf with UST re disclosure (.3) prepare amendments to disclosure statement (.8) telephone conference with client (.7) | 395.00 | 3.90 | 1,540.50 |
| | TJV | Prepare service of order for expedited hearing, sale motion, and DIP financing motion and file certificate of service re same | 200.00 | 0.70 | 140.00 |
| 05/09/2023 | EYW | Revise March MOR | 200.00 | 0.20 | 40.00 |
| | CMM | Prepare for hearings on disclosure statement, DIP Loan and Motion to Sell (4.2) finalize amended plan and disclosure statement (2.6) | 395.00 | 6.80 | 2,686.00 |
| | TTM | review committee's objection; email TH re: settlement negotiations, further emails (.3); t/c TH re: error in filing prior | | | |

Page:   8

DIV005 LLC

07/12/2023

Re: Chapter 11 (CM)

Account No:   3366.000

Invoice No:   65546

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | version of committee's objection, follow up conference with CMM (.3); t/c TH re: settling with committee (.3); work on updated liquidation analysis (.4); finalize same; conf CMM, insert to disclosure statement (.7). | 325.00 | 2.00 | 650.00 |
| | TJV | Finalize and file amended disclosure statement and amended joint plan | 200.00 | 0.10 | 20.00 |
| 05/10/2023 | CMM | Prepare for and attend court hearing on motion to sell, motion for DIP Loan and Disclosure Statement (4.7) amended disclosure statement (1.2) | 395.00 | 5.90 | 2,330.50 |
| | MSC | Finalize and upload order | 200.00 | 0.10 | 20.00 |
| | TTM | Edit trust agreement (.6). | 325.00 | 0.60 | 195.00 |
| | TJV | Prepare order extending confirmation hearing & plan deadlines | 200.00 | 0.30 | 60.00 |
| | WDM | Exchange messages with CMM regarding orders to be prepared (0.2); review documents and draft proposed orders on DIP loan and on equipment sale (1.9) | 375.00 | 2.10 | 787.50 |
| 05/11/2023 | CMM | Prepare liquidating trust agreement; email to UST and Committee re same (1.1) | 395.00 | 1.10 | 434.50 |
| 05/12/2023 | CMM | telephone conference with client (.2) email exchange re trust language (.2) review trust agreement; review TH changes; email exchange re same (1.2) | 395.00 | 1.60 | 632.00 |
| | TTM | t/c TH re: trust agreement (.1) | 325.00 | 0.10 | 32.50 |
| | MSC | Finalize and upload order | 200.00 | 0.10 | 20.00 |
| 05/15/2023 | CMM | amend plan (1.1) email exchange re sale (.2) telephone conference with Todd Hennings (.1) finalize plan and disclosure statement; telephone conference with TH re same (2.2) | 395.00 | 3.60 | 1,422.00 |
| | TJV | Revise order approving disclosure statement and setting confirmation hearing (.1); finalize and file 2nd amended disclosure statement and joint plan and upload order (.1) | 200.00 | 0.20 | 40.00 |
| 05/16/2023 | TJV | Revise and re-upload order approving disclosure statement and setting confirmation hearing | 200.00 | 0.10 | 20.00 |
| 05/17/2023 | DM | Prepare service for ballot pack | 200.00 | 1.50 | 300.00 |
| | TJV | Prepare service of ballot pack and file certificate of service re same | 200.00 | 1.80 | 360.00 |
| 05/19/2023 | CMM | email exchange re plan and settlement (.2) telephone conference with client re same (.4) telephone conference with Rabren (.2) | 395.00 | 0.80 | 316.00 |
| | TTM | review motion to approve settlement; motion to expedite (.4). | 325.00 | 0.40 | 130.00 |
| | DM | Prepare certificate of service of Vescom Motion and Order | 200.00 | 0.80 | 160.00 |
| | WDM | Review and revise motion to approve settlement to include trademark claim filed in Metal Benders case and DIV005 case (0.6); draft motion for expedited hearing (0.3); draft proposed Order and Notice of hearing (0.3); coordinate with CMM, TTM and D. Manzo to handle filing and service (0.4); message to K. Gillespie, courtroom deputy clerk, to send proposed order and notice (0.2); multiple messages regarding revisions to Order and Notice and difference between order uploaded and order | | | |

Page:   9

DIV005 LLC

07/12/2023

Re: Chapter 11 (CM)

Account No:     3366.000

Invoice No:       65546

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | submitted via email to K. Gillespie regarding paragraph calling for service expeditiously (0.6) | 375.00 | 2.40 | 900.00 |
| 05/22/2023 | CMM | telephone conference with client; prepare ballots (1.6) | 395.00 | 1.60 | 632.00 |
| | DM | File Vescom Motion, prepare certificate of service and serve | 200.00 | 1.10 | 220.00 |
| | WDM | Review status of matter and exchange email messages with TTM regarding service of Order and Notice of expedited hearing | 375.00 | 0.30 | 112.50 |
| 05/23/2023 | LMP | conf with CMM re confirmation (.1) | 395.00 | 0.10 | 39.50 |
| | CMM | prepare liquidating trust; email exchange with Andrew Becker and Todd Hennings re same (1.8) conf TV re balloting (.3) telephone conference with AirGas (.1) email exchange with various creditors (.2) | 395.00 | 2.40 | 948.00 |
| | DM | Finish serving Vescom Motion | 200.00 | 0.60 | 120.00 |
| | TTM | review liquidating trust agreement; conf CM (.6). | 325.00 | 0.60 | 195.00 |
| | TJV | File 6 ballots | 200.00 | 0.10 | 20.00 |
| 05/24/2023 | CMM | r/r balloting (.6) Meeting with Starz transportation (.2) prepare proffer for confirmation (1.9) telephone conference with Andrew Becker (.1) | 395.00 | 2.80 | 1,106.00 |
| | TJV | File 2 ballots | 200.00 | 0.10 | 20.00 |
| 05/25/2023 | CMM | Email exchange with committee (.2) telephone conference with client (.2) Email exchange re WPP and ballots (.2) Mult telephone conference with client, committee re WPP objection (2.2) | 395.00 | 2.80 | 1,106.00 |
| | TJV | File 8 ballots (.1); prepare plea of stay in SK Contractors lawsuit (.2) | 200.00 | 0.30 | 60.00 |
| 05/26/2023 | CMM | Mult telephone conference with UST, Committee and counsel for WPP (1) | 395.00 | 1.00 | 395.00 |
| | DM | Prepare ballot certification | 200.00 | 0.70 | 140.00 |
| | TTM | conf CM re: WPP objection (.3); t/c UST and committee re: same (.4). | 325.00 | 0.70 | 227.50 |
| | TJV | Prepare ballot report | 200.00 | 0.60 | 120.00 |
| | LSJ | Conference with CM re strategy | 450.00 | 0.10 | 45.00 |
| 05/28/2023 | CMM | telephone conference with WPP re confirmation; review amended objection (.8) | 395.00 | 0.80 | 316.00 |
| 05/29/2023 | CMM | Prepare for confirmation | 395.00 | 3.80 | 1,501.00 |
| | WDM | Research and analysis to CMM regarding plan confirmation | 375.00 | 1.90 | 712.50 |
| 05/30/2023 | CMM | Prepare for and attend confirmation (4.1) prepare orders on motion to settle and motion to substantively consolidate (1.0) prepare confirmation order (1.3) | 395.00 | 6.40 | 2,528.00 |
| | TJV | Revise and upload order consolidating cases (.2); revise and upload order approving settlement (.1) | 200.00 | 0.30 | 60.00 |
| | WDM | Additional research regarding Schmid objection and provide analysis to CMM to prepare for hearing (0.6); conferences with CMM and TTM regarding hearing (0.1) | 375.00 | 0.70 | 262.50 |
| | TTM | t/c Cameron, Garrett Nail (.4); attend confirmation hearing (1.0). | 325.00 | 1.40 | 455.00 |

Page: 10

DIV005 LLC

Re: Chapter 11 (CM)

07/12/2023

Account No:    3366.000

Invoice No:    65546

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/31/2023 | TJV | Finalize, file and serve plea of stay in SK Contractors USDC suit | 200.00 | 0.20 | 40.00 |
| | EYW | Communication with client requesting bank statements (0.1) | 200.00 | 0.10 | 20.00 |
| 06/01/2023 | CMM | Finalize Trust; conf client re same (1.1) amend confirmation order (.7) | 395.00 | 1.80 | 711.00 |
| 06/05/2023 | BD | Prepare and file change of address for Winter Co. (0.1) | 150.00 | 0.10 | 15.00 |
| 06/06/2023 | EYW | Communication with client re MOR materials | 200.00 | 0.10 | 20.00 |
| | CMM | email exchange re status of confirmation (.1) | 395.00 | 0.10 | 39.50 |
| | CMM | Prepare fee app (.4) email exchange re confirmation order (.1) | 395.00 | 0.50 | 197.50 |
| 06/07/2023 | CMM | telephone conference with Client and Andrew Becker re status of confirmation (.2) | 395.00 | 0.20 | 79.00 |
| 06/08/2023 | CMM | r/r Imagine MRAS; email exchange with Andrew Becker re same (.3) telephone conference with Qwest Logistics (.2) | 395.00 | 0.50 | 197.50 |
| 06/12/2023 | DM | Prepare third interim fee app | 200.00 | 1.00 | 200.00 |
| | LSJ | Prepare fee application, conf CM re same | 450.00 | 0.10 | 45.00 |
| 06/14/2023 | CMM | Prepare fee app (.4) | 395.00 | 0.40 | 158.00 |
| | BD | Prepare and file 2 change of address (0.2) | 150.00 | 0.20 | 30.00 |
| 06/16/2023 | CMM | Email exchange re EEOC claim; review claim (.3) | 395.00 | 0.30 | 118.50 |
| 06/26/2023 | CMM | finalize litigation trust; corr to Todd Hennings re same | 395.00 | 0.80 | 316.00 |
| 07/10/2023 | CMM | finalize confirmation order (.2) conf client re same (.4) | 395.00 | 0.60 | 237.00 |
| 07/11/2023 | CMM | email exchange re Vescom payment (.2) email exchange re Imagine Order on MRAS (.2) telephone conference with Andrew Becker and Michael Baum (.2) email exchange with the court re litigation trust (.2) | 395.00 | 0.80 | 316.00 |
| | LSJ | Review confirmation order and calendar events | 450.00 | 0.10 | 45.00 |
| 07/12/2023 | LSJ | Prepare fee application | 450.00 | 1.20 | 540.00 |
| | | For Current Services Rendered | | 278.30 | 98,967.50 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Leon S. Jones | 2.40 | $450.00 | $1,080.00 |
| Cameron M. McCord | 165.60 | 395.00 | 65,412.00 |
| Abby Arnold | 1.20 | 175.00 | 210.00 |
| Tessa Vuncannon | 8.30 | 200.00 | 1,660.00 |
| Leslie M. Pineyro | 0.40 | 395.00 | 158.00 |
| Megan Cypher | 2.60 | 200.00 | 520.00 |
| Tom T. McClendon | 68.30 | 325.00 | 22,197.50 |
| Ellen Wooden | 3.50 | 200.00 | 700.00 |
| Daniela Manzo | 14.20 | 200.00 | 2,840.00 |
| Blake Dernus | 0.60 | 150.00 | 90.00 |
| William D. Matthews | 10.70 | 375.00 | 4,012.50 |
| Kaylor Sexton | 0.50 | 175.00 | 87.50 |

DIV005 LLC

Re: Chapter 11 (CM)

07/12/2023

Account No:     3366.000
Invoice No:       65546

### Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 02/01/2023 | Postage | 0.60 |
| 02/01/2023 | Online legal research | 303.50 |
| 02/01/2023 | Fee for Online Court Documents (PACER) | 4.50 |
| 02/03/2023 | Postage (98 @ .60) | 58.80 |
| 02/03/2023 | Postage (9 @ 8.34) | 75.06 |
| 02/03/2023 | Photocopy charges - Bar Date Order | 53.00 |
| 02/06/2023 | Postage | 0.60 |
| 02/07/2023 | Postage | 2.22 |
| 02/07/2023 | Postage | 9.72 |
| 02/07/2023 | Photocopy charges - Ballots | 898.70 |
| 02/08/2023 | Postage (97 @ 3.18) | 308.46 |
| 02/08/2023 | Postage (22 @ 10.68) | 234.96 |
| 02/08/2023 | Postage (64 @ 3.42) | 218.88 |
| 02/08/2023 | Postage (4 @ 3.18) | 12.72 |
| 02/17/2023 | Postage (99 @ .60) | 59.40 |
| 02/17/2023 | Postage | 0.84 |
| 03/01/2023 | Fee for Online Court Documents (PACER) | 14.50 |
| 03/01/2023 | Online legal research | 468.00 |
| 03/01/2023 | Postage (3 @ 3.18) | 9.54 |
| 03/02/2023 | Postage (108 @ .60) | 64.80 |
| 03/02/2023 | Postage | 0.84 |
| 03/24/2023 | Photocopy charges - Order | 22.00 |
| 03/24/2023 | Photocopy charges - Order | 14.80 |
| 03/24/2023 | Postage (110 @ .60) | 66.00 |
| 04/01/2023 | Fee for Online Court Documents (PACER) | 0.60 |
| 04/01/2023 | Online legal research | 160.31 |
| 04/05/2023 | Filing fee - Transfer of Claim | 26.00 |
| 04/06/2023 | Filing fee - amendment to schedules | 32.00 |
| 04/11/2023 | Postage (108 @ .60) | 64.80 |
| 04/28/2023 | Postage (120 @ .60) | 72.00 |
| 05/01/2023 | Fee for Online Court Documents (PACER) | 0.20 |
| 05/01/2023 | Online legal research | 243.00 |
| 05/03/2023 | Filing fee - Motion to Sell | 188.00 |
| 05/17/2023 | Postage (11 @ 10.68) | 117.48 |
| 05/17/2023 | Postage (134 @ 3.18) | 426.12 |
| 05/22/2023 | Federal Express | 28.24 |
| 05/22/2023 | Federal Express | 33.35 |
| 05/22/2023 | Federal Express | 26.98 |
| 05/22/2023 | Federal Express | 35.91 |
| 05/22/2023 | Federal Express | 18.83 |
| 05/22/2023 | Federal Express | 56.91 |
| 05/22/2023 | Federal Express | 21.62 |
| 05/22/2023 | Photocopy charges - Ballot Pack & Motion | 798.00 |
| 05/22/2023 | Postage (92 @ .84) | 77.28 |
| 05/31/2023 | Postage | 0.60 |
| 06/01/2023 | Fee for Online Court Documents (PACER) | 20.90 |
| | Total Expenses | 5,351.57 |
| | | |
| | Total Current Work | 104,319.07 |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

IN RE:

DIV005 LLC,

      Debtor.

CHAPTER 11

CASE NO.  22-21202-jrs

## <u>CERTIFICATE OF SERVICE</u>

      This is to certify that I have on this day electronically filed the foregoing *Notice of Third & Final Application for Chapter 11 Compensation of the Attorneys Representing the Debtor, Deadline to Object and for Hearing* ("Notice") and *Third & Final Application for Chapter 11 Compensation of the Attorneys Representing the Debtor* ("Application") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice and Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Evan M. Altman**     evan.altman@laslawgroup.com, beth.hancock@laslawgroup.com
- **Lisa H. Baggett**     lbaggett@sb-law.com, efc-sblaw@sb-law.com;mflower@sb-law.com
- **James Blake Bailey**     jbailey@bradley.com
- **Michael E. Baum**     mbaum@schaferandweiner.com
- **Alexander Jay Bell**     abell@hlpwlaw.com, kmcdaniel@hlpwlaw.com
- **Frederick Owen Ferrand**     fred.ferrand@swiftcurrie.com, Betsy.Manous@swiftcurrie.com
- **Glenn E. Glover**     gglover@bradley.com, kpbarnes@bradley.com
- **Todd E. Hennings**     thennings@maceywilensky.com, cteh11@trustesolutions.net;hcrowder@maceywilensky.com
- **Bryan Scott Kaplan**     bk@kaplanlawga.com
- **J. Hayden Kepner**     hkepner@swlawfirm.com, rwilliamson@swlawfirm.com;centralstation@swlawfirm.com;fharris@swlawfirm.com
- **Darryl S. Laddin**     bkrfilings@agg.com, darryl.laddin@agg.com;deborah.shallcross@agg.com
- **Joseph Howard Lemkin**     jlemkin@stark-stark.com
- **Roy E. Manoll**     kdd@fbglaw.com
- **Garrett A. Nail**     gnail@pgnlaw.com
- **Office of the United States Trustee**     ustpregion21.at.ecf@usdoj.gov
- **Caitlyn Powers**     cpowers@rlkglaw.com, swenger@rlkglaw.com;emiller@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com
- **Michael Stephen Provenzale**     michael.provenzale@lowndes-law.com
- **Michael Brian Pugh**     mpugh@tokn.com, drobison@tokn.com
- **William A. Rountree**     wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com
- **Antony L. Sanacory**     asanacory@hlpwlaw.com, tdent@hlpwlaw.com
- **Nikolaus F. Schandlbauer**     nick.schandlbauer@arlaw.com
- **Oscar E Soto**     oscar@sotolawgroup.com
- **Shayna M. Steinfeld**     shayna@steinfeldlaw.com, paralegalnotices@gmail.com
- **John A. Thomson**     john.thomson@arlaw.com, lianna.sarasola@arlaw.com;linda.mesa@arlaw.com
- **Eric N. Van De Water**     eric@vandewater.legal

- **David S. Weidenbaum**      david.s.weidenbaum@usdoj.gov

  I further certify that on this day I served a copy of the Notice *only* on the parties listed on the attached mailing matrix, and a copy of the Notice and Application on the following parties at the address shown below, via U.S. First Class Mail with adequate postage prepaid:

Div005 LLC
880 Airport Road
Winder, GA 30680

  This 12th day of July, 2023.

          **JONES & WALDEN LLC**

          */s/ Leon S. Jones*
          Leon S. Jones
          Attorney for Debtor
          Georgia Bar No. 003980
          699 Piedmont Avenue, NE
          Atlanta, GA 30308
          ljones@joneswalden.com

Label Matrix for local noticing
113E-2
Case 22-21202-jrs
Northern District of Georgia
Gainesville
Wed Jul 12 16:01:03 EDT 2023

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Adecco Employment Services
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

Ahern Rentals
1363 Dean Forest Rd
Savannah, GA 31405-9307

Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131-2301

Alexandria Renew Enterprises
1800 Limerick St
Alexandria  VA 22314-6895

Aluma Systems Concrete Construction LLC
c/o Brendan Dunphy, Director of Credit
1325 Cobb International Dr. NW
Kennesaw, GA  30152
Kennesaw, GA 30152-8242

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express
PO Box 60189
City of Industry, CA 91716-0189

American Water
PO Box 371880
Pittsburgh, PA 15250-7800

American Welding & Gas, Inc
2906 Deans Bridge Rd
Augusta, GA 30906-2707

Archer Western Construction
212 Overlook Circle
Suite 103
Brentwood, TN 37027-5396

Athens Gas & Welding Supply, Inc.
c/o Fortson Bentley and Griffin, P.A.
2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia 30606-6178

Atlantic Hardware Supply
P.O. Box 7
Waldorf, MD 20604-0007

Lisa H. Baggett
Solomon Baggett, LLC
3763 Rogers Bridge Road
Duluth, GA 30097-2845

Baker Tilly US, LLP
PO Box 78975
Milwaukee, WI 53278-8975

Baladez Drywall LLC
475 Huntington Dr
Alpharetta, GA 30004-3347

Barbara Burton
Promax Management, Inc. c/o Ron Riddell
7007 Kilworth Lane
Springfield, VA 22151-4008

Beck Collective, Inc.
1455 E 1400 S
Ogden, UT 84404-5281

Andrew Becker
Merbaum & Becker, PC
Suite 284
5755 North Point Parkway
Alpharetta, GA 30022-1176

Blossman Gas and Appliance
4319 Mundy Mill Road
Oakwood, GA 30566-2519

Howard Boarin
Schafer and Weiner, PLLC
Ste. 100
40950 Woodward Ave.
Bloomfield, MI 48304-5124

Boswell Oil Company
150 Floyd Drive
Athens, GA 30607-1466

Boswell Supply
4691 Mars Hill Road
Bogart, GA 30622-2039

Bright View Landscape Services
PO Box 740655
Atlanta, GA 30374-0655

CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Canam Steel Corp
4010 Clay Street
Point of Rocks, MD 21777-2016

Cardella Construction Company
4337 Seagrape Drive
Lauderdale-By-The-Sea FL 33308-5043

Chastains Janitorial Supply
1630 MLK Jr Blvd
Gainesville, GA 30501-4894

Comcast
PO Box 37601
Philadelphia, PA 19101-0601

Commonwealth Steel
504 Pointe South Drive
Randleman, NC 27317-9503

Complete Structural Consulting
9880 Westpoint Drive
Suite 100
Indianapolis, IN 46256-3385

Composite Construction Systems, Inc.
Post Office Box 6506
Columbus, GA 31917-6506

Corporate Accommodations NW FL
169 Griffin Blvd
Suite 119
Panama City Beach FL 32413-5239

D-MAC Industries
1880 D-Mac Dr
Alpharetta, GA 30004-3998

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Endurance Assurance Corporation
Harris Beach PLLC c/o Brian D. Roy, Esq.
333 W. Washington Street, Suite 200
Syracuse, NY 13202-9204

Express Employment Sevices
PO Box 945434
Atlanta, GA 30394-5434

Falcon Metals & Supply Company Inc.
1597 Highway 150
Bessemer, AL 35022-4039

Fastenal Company
Attn: Legal
2001 Theurer Blvd.
Winona, MN 55987-9902

Florida Handling Systems
2651 State Road 60 West
Bartow, FL 33830-9326

Folia Group LLC
131 West Marietta Street
Canton, GA 30114-3018

Foundation Building Materials
PO Box 744398
Atlanta, GA 30374-4398

Foundation Building Materials, LLC
c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Power
96 Annex
Atlanta, GA 30396-0002

Global Customs LLC
P.O. BOX 697
2053 CRESSMAN ROAD
Skippack, PA 19474-0697

Global Drywall Services LLC
3763 Rogers Bridge Road
Duluth  GA 30097-2845

Gulf State Saw & Machine
3416 Davey Allison Blvd
Hueytown, AL 35023-2846

Harbor Compliance
1830 Colonial Village Lane
Lancaster, PA 17601-6700

Harold Lerner
160 Clairemont Avenue
Suite 200
Decatur, GA 30030-2546

Harvey-Cleary Builders
6710 A Rockledge Dr
Suite 430
Bethesda, MD 20817-2845

Heyden Supply
575 James Rd
Alpharetta, GA 30004-3351

Hill's Ace Hardware & Lumber
PO Box 547
186 West Athens Street
Winder, GA 30680-1783

Hilti Inc.
PO Box 70299
Philadelphia, PA 19176-0299

Hoist and Crane Company
100 Fernco Drive
Nashville, TN 37207-3909

Caherine Keller Hopkin
Yumkas, Vidmar, Sweeney, Etal
185 Admiral Cochrane Drive
Suite 130
Annapolis, MD 21401-7582

Kevin H Hudson
3575 Piedmont Road
Building 15, Suite 200
Atlanta, GA 30305-1623

IDES-Global
11250 Roger Bacon Dr.
Unite 19
Reston, VA 20190-5202

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308

Interstate Steel Corp.
PO Box 472
Seymour, TN 37865-0472

Jacovitch Industrial Construct
819 North Main Street
Roxboro, NC 27573-4702

James A. Timko
300 S. Orange Avenue, Suite 1600
Orlando, FL 32801-3382

KLB Steel, LLC
c/o Thompson, O'Brien, Kappler & Nasuti
2 Sun Court, Suite 400
Peachtree Corners, GA 30092-2865


KSP General Contractor LLC
Stinson LLP
1775 Pennsylvania Ave. NW, Suite 800
Attn. Tracey M. Ohm
Washington, DC 20006-4760


Kwest Logistics LLC
c/o Jamie Copeland
5119 Miller Ave
Dallas  TX 75206-6418

L&W Supply Corporation
940 S River Industrial Blvd SE
Atlanta  GA 30315-8809


L.F. Jennings, Inc.
Catherine Keller Hopkin, Esquire
185 Admiral Cochrane Dr Suite 130
Annapolis  MD 21401-7582


LIW Ironworks Inc.
611 Pennsylvania Ave SE
#293
Washington, DC 20003-4303


(p)LIBERTY MUTUAL INSURANCE
175 BERKELEY STREET
BOSTON MA 02116-3350

Lightning Construction
14199 N Interstate Hwy 35
Apt 6101
Pflugerville, TX 78660-6436

Link2City, Inc.
13501 SW 136 Street
Suite 203
Miami, FL 33186-8321


MLP Solutions, LLC
116 Bonita Place
1100 North Glebe Road
Suite 1010
Ormond Beach, FL 32174


Magna Steel Detailing Services
244 3rd Stage Police Layout KR
Srinivasan IPS Nagara
Karnataka 570028, India

Managed IT Systems, Inc.
2891 Monroe Hwy, Suite 105
Bogart  GA 30622-1048

Mapes Architectural Canopies
7748 North 56th Street
Lincoln, NE 68514-9724


Mat1820 LLC
1424 Candler Rd
Gainesville  GA 30507-8421


Merbaum & Becker
5755 North Point Parkway
Suite 284
Alpharetta, GA 30022-1176

Metal Benders USA LLC
PO Box 1177
Coraopolis, PA 15108-6177

Metro Trailer
100 Metro Parkway
Pelham, AL 35124-1171

Mopro.com
4675 MacArthur Ct
Suite 1500
Newport Beach, CA 92660-1879


National Search Group
17670 NW 78th Ave #103
Hialeah, FL 33015-3665

New Millennium Building System
4900 Hungerford Road
Memphis, TN 38118-7007

Northeast Georgia Rentals
4204 McEver Road
PO Box 787
Oakwood, GA 30566-0014


O'Donnell Metal Deck, LLC
6724 Binder Lane
Elkridge, MD 21075-6247

OEG Building Materials
c/o Stark & Stark Att J Lemkin
PO Box 5315
Princeton  NJ 08543-5315


OX Metal Worx LLC
4 Melvin Circle
Taylors, SC 29687-2438

Official Committee of Unsecured Creditors
c/o Macey Wilensky & Hennings LLP
5500 Interstate North Parkway
Suite 435
Atlanta, GA 30328-4690


P1 Finance
PO Box 922025
Norcross, GA 30010-2025

PIC Construction INC
3625 MLK JR Ave SE
Suite 3
Washington, DC 20032-1509

Panel Steel Inc
P.O. Box 1725
Loganville, GA 30052-1725


Pointe Residential Builders
255 Glenville Road
Greenwich, CT 06831-4173

Pointe Residential Builders Milbank LLC
Macey, Wilensky & Hennings LLP
5550 Interstate N Parkway Ste 435
Atlanta  GA 30328

Ponderosa Consulting, LLC
359 W. Hwy 64
Lakeland, GA 31635-6813


Posner Industries
PO Box 5778
Capitol Heights, MD 20791-5778

ProcoreTechnologies, Inc.
6309 Carpinteria Ave
Carpinteria, CA 93013-2924


Progress Residential
2658 Holcomb Bridge Rd
Suite 118
Alpharetta, GA 30022-6822

Promax Management
7007 Kilworth Lane
Springfield, VA 22151-4008


RAMTOOL
2439 Mountain Industrial Blvd.
Tucker, GA 30084-3811

Rabren General Contractors
306 Persimmon Drive
Auburn, AL 36830-6977

Reibus International INC
1 Glenlake Parkway
Suite 300
Atlanta, GA 30328-3450

Republic Services
National Accounts
PO Box 78829
Phoenix, AZ 85062-8829

Brian D Roy
Harris Beach PLLC
333 W. Washington St
Suite 200
Syracuse, NY 13202-5202

SK Contractors
1453 N US HWY
STE D 29
Ormond Beach, FL 32174

Schmid Construction
15690 W. Colonial Dr
Winter Garden, FL 34787-9727

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Service Partners
34 Seymour Street
Tonawanda, NY 14150-2126

Service Partners LLC
1639 Clay RD
BLDG C
Valdosta, GA 31601-9315

Seth A. Robbins, Esq.
Robbins Law Group, PLLC
1100 North Glebe Road
Suite 1010
Arlington, VA 22201-5786

Seth Jutan
PO Box 627
Coraopolis, PA 15108-0627

Simpson Strong-Tie
PO Box 45687
San Francisco, CA 94145-0687

Sk Contractors, Inc.
10 E. 6th Avenue, Suite 100
Conshohocken, PA 19428-1784

Staff Right Inc.
4850 Golden Parkway
Suite B 340
Buford, GA 30518-5842

Standard Iron Works
990 N South Road
Scranton, PA 18504-1498

Stars Transportation LLC
5743 Bridgeport Court
Flowery Branch, GA 30542-6312

Steel Mart, Inc.
P.O. Box 2520
Tucker, GA 30085-2520

Steelmart Inc
3476 Lawrenceville Highway
Tucker, GA 30084-5801

Structural Bolt &Manufacturing
1004 Third Avenue South
Nashville, TN 37210-2639

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

TEG Lease
107 Gass Drive
Greeneville, TN 37745-4291

Tallgrass Freight, Co.
Coface North America Insurance Company
650 College Road East, Suite 2005
Princeton, NJ 08540-6779

The Rigging Box, Inc.
8184 Newington Road
Lorton, VA 22079-1130

The Winter Construction Company
Hudson Lambert Parrott Walker LLC
3575 Piedmont Rd Ste 200
Atlanta  GA 30305-1623

John A. Thomson Jr.
Adams and Reese, LLP
Suite 1600
3424 Peachtree Road, NE
Atlanta, GA 30326-1139

Trehel Corporation
PO Box 6688
Greenville, SC 29606-6688

Trinity Rail
14221 N Dallas Pkwy
Suite 110
Dallas, TX 75254-2957

Turner Construction Company
3495 Piedmont Rd NE
Building 11, Suite 700
Atlanta, GA 30305-1717

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

US Tesla Steel
30 N Gould St STE R
Sheridan, WY 82801-6317

USA Mobile Drug Testing
11016 N Dale Marby Hwy
Suite 204
Tampa, FL 33618-3871

USC7 Inc
124 Hassell Road Quitman
Quitman, GA 31643-6075

Uline
PO Box 88741
Chicago, IL 60680-1741

United Rentals
Po Box 100711
Atlanta, GA 30384-0711

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Verizon Connect Fleet USA
5055 North Point Pkwy
Alpharetta, GA 30022-3074

VideoJet Technologies
12113 Collection Center Dr
Federal ID# 36-2822116
Chicago, IL 60693-0121

WCS Construction, LLC
Lucas F. Webster
11000 Broken Land Parkway, Suite 600
Columbia, Maryland 21044
Columbia, MD 21044-3534

WIP Corporate Services, LLC
PO Box 1177
Coraopolis, PA 15108-6177

Wagner Service Solutions, Inc.
Heather Brooklyn
8386 Hazelbrand Rd
Covington, GA 30014-1503

Wagner Staffing
8386 Hazelbrand Road
Covington, GA 30014-1503

(p)WILLIAMS SCOTSMAN
ATTN ATTN BANKRUPTCY
901 S BOND STREET
SUITE 600
BALTIMORE MD 21231-3348

Willscot
901 South Bond St
Suite 600
Baltimore, MD 21231-3348

Winder Property Partners, LLC
c/o Andrew J. Becker, Reg. Agent
5755 North Point Parkway, Suite 284
Alpharetta, GA 30022-1176

Windstream
4001 Rodney Parham Rd
Little Rock, AR 72212-2490

Lee E. Woodard
Harris Beach PLLC
333 W. Washington Street
Suite 200
Syracuse, NY 13202-5202